**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tires Rims and Parts, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1397203** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1807 Sweet Gum Drive**<br>**Norristown, PA 19403** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Tires Rims and Parts, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check *all* that apply:

  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor    **Tires Rims and Parts, LLC**                                    Case number (*if known*)
_____ Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Tires Rims and Parts, LLC**                                          Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 4, 2024**
                 MM / DD / YYYY

**X** **/s/ Jeff Myers and Lisa Myers**                          **Jeff Myers and Lisa Myers**
    Signature of authorized representative of debtor            Printed name

Title    **Co-Managing Members**

**18. Signature of attorney**

**X** **/s/ Dimitri L. Karapelou**                     Date   **October 4, 2024**
    Signature of attorney for debtor                          MM / DD / YYYY

**Dimitri L. Karapelou 76708**
Printed name

**Musi, Merkins, Daubenberger & Clark, L.L.P.**
Firm name

**21 W. Third Street**

**Media, PA 19063**
Number, Street, City, State & ZIP Code

Contact phone   **(610) 891-8806**       Email address   **dlk@mmdlawfirm.com**

**76708 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Tires Rims and Parts, LLC**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 4, 2024**          X **/s/ Jeff Myers and Lisa Myers**
_____
Signature of individual signing on behalf of debtor

**Jeff Myers and Lisa Myers**
_____
Printed name

**Co-Managing Members**
_____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tires Rims and Parts, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advance American Funding LLC Lexington Avenue, Suite 801** <br><br> **New York, NY 10017** | norty@advanceam ericanfunding.com | **Pennsylvania UCC-1 Financing Statement #20240314051383** | | $75,000.00 | $0.00 | $75,000.00 |
| **Ally   Financial** | | **Auto loan deficiency** | **Contingent Unliquidated** | | | $0.00 |
| **Capital One/ Spark Business** P.O. Box 71087 Charlotte, NC 28272-1087 | | | | | | $19,612.61 |
| **Chase** PO Box 6294 Carol Stream, IL 60197-6294 | | **Credit card purchases** | | | | $43,440.11 |
| **EBF Holdings, LLC 55 Water St 50th floor** New York, NY 10041 | | **Business Loan** | | | | $63,222.56 |
| **Elan Visa Business Cash Card** P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | | $472.46 |
| **Fora Financial Advance, LLC** 1385 Broadway New York, NY 10018 | | **Pennsylvania UCC-1 Financing Statement #20231994223994** | | $59,137.51 | $0.00 | $59,137.51 |
| **Gindin Kessler, LLC 33 Rock Hill Road Suite 250 Bala Cynwyd, PA 19004** | | **Legal services** | **Disputed** | | | $625.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Tires Rims and Parts, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Intellishift 152 Veterans Memorial Hwy Commack, NY 11725** | **Christine Cirabis Christine.Cirabisi@ IntelliShift.com>** | **Trade debt** | **Disputed** | | | $84,371.00 |
| **IPFS Corporation 1055 Broadway 11th Floor Kansas City, MO 64105** | | **Business Loan** | **Disputed** | | | $40,438.41 |
| **Kash Advance, LLC 111 Great Neck Road Suite 300 Great Neck, NY 11021** | **Jorge@nomasreco very.com** | **Pennsylvania UCC-1 Financing Statement #20240318053465** | | $122,653.75 | $0.00 | $122,653.75 |
| **Litefund Solutions 99 Wall Street New York, NY 10005** | **Jay@thekleinfirm.c om** | **Pennsylvania UCC-1 Financing Statement #20240304043859** | | $140,800.00 | $0.00 | $140,800.00 |
| **Mercedes Benz Financial Services USA LLC P.O. Box 685 Roanoke, TX 72262** | **FWBankruptcyTea m@mercedes-benz .com** | **Trucks used in operation of business, subject to liens of Mercedez-Benz Financial Services, LLC** | | $249,136.50 | $194,349.00 | $54,787.50 |
| **Mercedes- Benz Financial Services, LLC** | | **Auto loan deficiency** | **Contingent Unliquidated** | | | $0.00 |
| **U.S. Small Business Administration COVID EIDL SERVICE CENTER 4925 Kingsport Rd Fort Worth, TX 76155** | **covideidlservicing @sba.gov** | **Monies owed by customers for services rendered. Monies represent 1 week of services performed. Customers pay weekly.** | | $1,906,929.00 | $13,780.00 | $1,893,149.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Tires Rims and Parts, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................  $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................  $        **313,877.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................  $        **313,877.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     **2,608,384.33**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$     **252,182.15**

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b           $     **2,860,566.48**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Tires Rims and Parts, LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **TD Bank** | **Checking** | **4639** | **$0.00** |
| 3.2. | **Citadel Credit Union** | **Checking** | **0122** | **$0.00** |
| 3.3. | **PNC Bank** | **Checking** | | **$5,000.00** |
| 3.4. | **Citadel Credit Union** | **Savings** | **0071** | **$0.00** |

| 4. | **Other cash equivalents** *(Identify all)* | | | |
| --- | --- | --- | --- | --- |

| 5. | **Total of Part 1.** | | | |
| --- | --- | --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$5,000.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Tires Rims and Parts, LLC**                           Case number *(If known)* _____
_____ Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less: _____**13,780.00**_____ - _____**0.00**_____ = .... _____**$13,780.00**
                        face amount                    doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                          **$13,780.00**
     Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Miscellaneous office furniture** | **$0.00** | **Comparable sale** | **$1.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer and desk.** | **$0.00** | **N/A** | **$500.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
           books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
           collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                            **$501.00**
     Add lines 39 through 42.   Copy the total to line 86.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Tires Rims and Parts, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**     Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Trucks used in business operations, subject to liens of M&T Bank.** | $0.00 | Comparable sale | $73,934.00 |
| 47.2. **Trucks used in operation of business, subject to liens of Mercedez-Benz Financial Services, LLC** | $0.00 | Comparable sale | $194,349.00 |
| 47.3. **Truck used in operation of business.** | $0.00 | Comparable sale | $26,313.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

                                               **$294,596.00**

Add lines 47 through 50.    Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**     Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**     Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Tires Rims and Parts, LLC**                                          Case number *(If known)* _____
           Name

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities**<br>**Progressive Insurance.   General liability and collision**<br>**for trucks used in operation of business.** | **$0.00** |
| **Worker's Compensation Insurance Pennsylvania**<br>**Department of Labor and Industry** | **$0.00** |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claim for breach of contract, breach of**<br>**fiduciary duty and professional malpractice against USI**<br>**Insurance Services, LLC, former insurance broker for**<br>**Debtor** | **Unknown** |

| Nature of claim | **Commercial lawsuit** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| 75.    **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to**<br>**set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership | |
| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | **Tires Rims and Parts, LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,780.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $501.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $294,596.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $313,877.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $313,877.00 |

**Fill in this information to identify the case:**

Debtor name    **Tires Rims and Parts, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Advance American Funding LLC** | Describe debtor's property that is subject to a lien **Pennsylvania UCC-1 Financing Statement #20240314051383** | $75,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**Lexington Avenue, Suite 801**

**New York, NY 10017**

Creditor's mailing address

**norty@advanceamericanfunding.com**

Creditor's email address, if known

Date debt was incurred
**03/13/2024**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Fora Financial Advance, LLC** | Describe debtor's property that is subject to a lien **Pennsylvania UCC-1 Financing Statement #20231994223994** | $59,137.51 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1385 Broadway
New York, NY 10018**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/3/2023**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

| Debtor | **Tires Rims and Parts, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kash Advance, LLC** | Describe debtor's property that is subject to a lien | $122,653.75 | $0.00 |

Creditor's Name

**111 Great Neck Road
Suite 300
Great Neck, NY 11021**

**Pennsylvania UCC-1 Financing Statement
#20240318053465**

Creditor's mailing address

**Jorge@nomasrecovery.co
m**

Describe the lien
**Non-Purchase Money Security**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred
3/12/2024**

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Litefund Solutions** | Describe debtor's property that is subject to a lien | $140,800.00 | $0.00 |

Creditor's Name

**99 Wall Street
New York, NY 10005**

**Pennsylvania UCC-1 Financing Statement
#20240304043859**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

**Jay@thekleinfirm.com**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
3/04/2024**

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **M&T Bank** | Describe debtor's property that is subject to a lien | $54,727.57 | $73,934.00 |

Creditor's Name

**Liens on following trucks:   VIN #
W1Y4ECHY3NT103672, 2022 MB Sprinter; VIN
#W1Y4ECHYOLP254443, 2020 MB Sprinter**

**P.O. Box 900
Millsboro, DE 19966**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor   **Tires Rims and Parts, LLC**

Name

Case number *(if known)*

---

**0001**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Mercedes Benz Financial Services USA LLC** | | Describe debtor's property that is subject to a lien | $249,136.50 | $194,349.00 |

Creditor's Name

**Liens on following trucks with following VIN #S:   W1Y4EDHY8NT106735; W1Y4KCHY9PT137370; W1Y4NDHY6PT136724; W1Y40CHY1PT126045; W1Y4KCHY9PT137255;**

**P.O. Box 685
Roanoke, TX 72262**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**FWBankruptcyTeam@merc
edes-benz.com**

Is the creditor an insider or related party?
☒ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**
**Various loans made from 2018-2023.**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
ious**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **U.S. Small Business Administration** | | Describe debtor's property that is subject to a lien | $1,906,929.00 | $13,780.00 |

Creditor's Name
**COVID EIDL SERVICE CENTER
4925 Kingsport Rd
Fort Worth, TX 76155**

**Pennsylvania UCC-1 Financing Statement #2020061602223**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**covideidlservicing@sba.go
v**

Is the creditor an insider or related party?
☒ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**
**June 7, 2020 and subsequent advances**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,608,384.33** |

---

| Debtor | **Tires Rims and Parts, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Hynum Law Firm**<br>**2608 North Third Street**<br>**Harrisburg, PA 17110** | Line **2.1** | |
| **Isaac H. Greenfield, Esquire**<br>**2 Executive Boulevard, Suite 305**<br>**Suffern, NY 10901** | Line **2.3** | |
| **Jay Klein, Esquire**<br>**The Klein Law Firm LLC**<br>**P.O. Box 714**<br><br>**Lakewood, NJ 08701** | Line **2.4** | |
| **Robert Johnson, Esquire**<br>**The Johnson Law Office, P.C.**<br>**9118 Third Avenue**<br>**Brooklyn, NY 11209** | Line **2.2** | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tires Rims and Parts, LLC**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Ally   Financial**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Auto loan deficiency**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Capital One/ Spark Business**<br>**P.O. Box 71087**<br>**Charlotte, NC 28272-1087**<br>Date(s) debt was incurred  **03/28/2024**<br>Last 4 digits of account number  **2950** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | **$19,612.61** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Chase**<br>**PO Box 6294**<br>**Carol Stream, IL 60197-6294**<br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number  **8640** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Credit card purchases**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | **$43,440.11** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**EBF Holdings, LLC**<br>**55 Water St 50th floor**<br>**New York, NY 10041**<br>Date(s) debt was incurred  **November, 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Loan**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | **$63,222.56** |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**Elan Visa Business Cash Card**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408**<br>Date(s) debt was incurred  **06/04/2024**<br>Last 4 digits of account number  **2145** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | **$472.46** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Tires Rims and Parts, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|

**Gindin Kessler, LLC**
**33 Rock Hill Road**
**Suite 250**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **2023-24**

Basis for the claim: **Legal services**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,371.00** |
|---|---|---|---|

**Intellishift**
**152 Veterans Memorial Hwy**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,438.41** |
|---|---|---|---|

**IPFS Corporation**
**1055 Broadway**
**11th Floor**
**Kansas City, MO 64105**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mercedes- Benz Financial Services, LLC**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Auto loan deficiency**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Norris McLaughlin, P.A.**<br>**c/o William R. Murphy, III, Esquire**<br>**515 Hamilton Street Suite 502**<br>**Allentown, PA 18101** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **252,182.15** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **252,182.15** |

**Fill in this information to identify the case:**

Debtor name  **Tires Rims and Parts, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Auto physical damage and business liability insurance** |
| State the term remaining | |
| List the contract number of any government contract | **Progressive Insurance c/o Source One Insurance 10015 Oldcolumbia 215 Columbia, MD 21046** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Tires Rims and Parts, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **Dealer Delivery Services, LLC** | **1807 Sweet Gum Drive Norristown, PA 19403** | **Litefund Solutions** | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Jeff Myers** | **1807 Sweet Gum Drive Norristown, PA 19403** | **U.S. Small Business Administration** | ☒ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Jeff Myers** | **1807 Sweet Gum Drive Norristown, PA 19403** | **Advance American Funding LLC** | ☒ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Jeff Myers** | **1807 Sweet Gum Drive Norristown, PA 19403** | **Fora Financial Advance, LLC** | ☒ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Jeff Myers** | **1807 Sweet Gum Drive Norristown, PA 19403** | **Kash Advance, LLC** | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Jeff Myers** | **1807 Sweet Gum Drive Norristown, PA 19403** | **Litefund Solutions** | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Tires Rims and Parts, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.8 **Jeff Myers** | 1807 Sweet Gum Drive<br>Norristown, PA 19403 | **Mercedes Benz**<br>**Financial Services**<br>**USA LLC** | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 **Lisa Myers** | 1807 Sweet Gum Drive<br>Norristown, PA 19403 | **U.S. Small Business**<br>**Administration** | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 **Wholesale Parts Network, Inc.** | 1807 Sweet Gum Drive<br>Norristown, PA 19403 | **Litefund Solutions** | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Tires Rims and Parts, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br><br>☐ Other _____ | __**$1,205,693.00**__ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Mercedes Benz Financial Services USA LLC** | **September 2024** | **$9,888.00** | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Progressive Insurance** | **September, 2024** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☒ Other __Regular Insurance premium for trucks__ |

Debtor **Tires Rims and Parts, LLC**                                                      Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Musi, Merkins, Daubenberger & Clark, LLP** | **August 1, 2024: $20,000 advance security retainer** | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **U.S. Small Business Administration**<br><br>**Secured Creditor** | **May 23, 2024** | Unknown | **EIDL Loan repayment** |
| 4.2. **Mercedes Benz Financial Services**<br><br>**Secured Creditor** | **Various dates in 2024.** | Unknown | **Secured vehicle loan repayments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Litefund Solutions, LLC** | **operating account funds garnished by creditor. Funds were on deposit with TD Bank.** | 5/13/2024 | $5,000.00 |
| **Mercedes Benz Financial and Ally Financial** | **Trucks used in the Debtor's business. See attached Schedule of returned trucks by VIN from May through August 2024.   More trucks were surrendered in September 2024 and Schedules will be supplemented by trucks returned in September, 2024. Debtor voluntarily surrendered trucks because Debtor could not longer afford the monthly debt service payments.** | **April through August 2024** | Unknown |
| **Litefund Solutions, LLC** | **Account receivable owed by a customer** | **September, 2024** | $14,548.87 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor    **Tires Rims and Parts, LLC**                                    Case number *(if known)*

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kash Advance, LLC v. Tires, Rims and Parts, LLC and Jeff Arlan Myers**<br>**Index #138574-2024** | Collection | **Supreme Court of State of New York, County of Ontario** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. **Litefund Solutions, LLC v Tires, Rims and Parts, Jeff Myers, et al.**<br>**Index No. EC2024-36830** | Collection | **Supreme Court of State of New York, County of Washington** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. **IPFS Corrporation v. Tires, Rims and Parts, LLC**<br>**2024-21101** | Contract | **Montgomery County Court of Common Pleas** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Tires Rims and Parts, LLC**                                     Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | | |
| | | **April 16 2024: $5,000 advance security retainer; April 23, 2024: $7,500 advance security retainer; June 13, 2024: $5,000 advance security retainer; $20,000 advance security retainer** | |
| **Musi, Merkins, Daubenberger & Clark, LLP 21 W. 3rd Street Street Media, PA 19063** | | | **$37,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Debtor    **Tires Rims and Parts, LLC**                                                Case number *(if known)*

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **WSFS** | **XXXX-9583** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May, 2024** | **$0.00** |
| 18.2. | **WSFS** | **XXXX-4537** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Tires Rims and Parts, LLC**                                    Case number *(if known)* _____

⊠ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

⊠ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

⊠ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

⊠ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

⊠ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

Debtor    **Tires Rims and Parts, LLC**                                        Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Dealer Delivery Services, LLC**<br>**1807 Sweet Gum Drive**<br>**Norristown, PA 19403** | **Auto parts delivery; however business never had any formal operations.** | EIN:<br><br>From-To   **2022-2023** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Clairmont, Paciello & Co PC**<br>**250 Tanglewood Lane**<br>**King of Prussia, PA 19406** | **2022-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Myers** | | **Equity Member and Co-Managing Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeff Myers** | | **Equity Member and Co-Managing Member** | **50** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor **Tires Rims and Parts, LLC**        Case number *(if known)* _____

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lisa Myers** | **26,500 in W2 salary for 2024;    Total W2 salary for 2023 was $38,500.00.** | **See above.** | **Office compensation** |
| | Relationship to debtor<br>**Shareholder and President** | | | |
| 30.2. | **Jeff Myers** | **28,500 in W2 salary for 2024;    Total W2 salary for 2023 was $38,500.00.** | **See above.** | **Officer compensation** |
| | Relationship to debtor<br>**Shareholder and Vice-President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**October 4, 2024**__

__**/s/ Jeff Myers and Lisa Myers**__        **Jeff Myers and Lisa Myers**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __**Co-Managing Members**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Tires Rims and Parts, LLC**                                          Case No.
                                                      Debtor(s)          Chapter        **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeff Myers**<br>**1807 Sweet Gum Drive**<br>**Norristown, PA** | | **50%** | **Membership units in limited liability company** |
| **Lisa Myers**<br>**1807 Sweet Gum Drive**<br>**Norristown, PA 19403** | | **50%** | **Membership units in limited liability company** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Co-Managing Members** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 4, 2024**                          Signature    **/s/ Jeff Myers and Lisa Myers**
                                                                   **Jeff Myers and Lisa Myers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Tires Rims and Parts, LLC**

_____
Debtor(s)

Case No.    _____

Chapter    **11**    _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tires Rims and Parts, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


☒ None [*Check if applicable*]


**October 4, 2024**
_____
Date

**/s/ Dimitri L. Karapelou**
_____
**Dimitri L. Karapelou 76708**
Signature of Attorney or Litigant
Counsel for    **Tires Rims and Parts, LLC**
_____
**Musi, Merkins, Daubenberger & Clark, L.L.P.**
**21 W. Third Street**

**Media, PA 19063**
**(610) 891-8806  Fax:(610) 891-8807**
**dlk@mmdlawfirm.com**